No. 81–5086. BOOKER *v.* FLORIDA. Sup. Ct. Fla.;

No. 81–5329. FUNCHESS *v.* FLORIDA. Sup. Ct. Fla.; and

No. 81–5372. BARFIELD *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. Reported below: No. 81–5086, 397 So. 2d 910; No. 81–5329, 399 So. 2d 356.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

OCTOBER 30, 1981

No. A–337. CANADY ET AL. *v.* LUMBERTON CITY BOARD OF EDUCATION ET AL. Application for an injunction, presented to THE CHIEF JUSTICE, and by him referred to the Court, preventing the Board of Education and the Board of Elections from permitting residents of the three annexed areas involved in this case to vote in the school board election is granted, pending the timely filing and disposition of a jurisdictional statement, or until appellees demonstrate compliance with Section 5 of the Voting Rights Act. THE CHIEF JUSTICE, JUSTICE POWELL, and JUSTICE REHNQUIST dissent.

NOVEMBER 2, 1981

No. 80–1894. BEN-LEVI *v.* BEN-LEVI. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.